UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**USER-FRIENDLY PHONEBOOK, LLC**                                        **PLAINTIFF**

vs                                                     **CIVIL ACTION NO. 3:10CV-509-S**

**ROGER SHORT, ET AL.**                                              **DEFENDANTS**

**MEMORANDUM OPINION AND ORDER**

On April 27, 2012, the defendants filed a motion for summary judgment (DN 39). They contend that the two non-competition, non-solicitation and confidentially agreements upon which the plaintiff bases its claims in this case are not enforceable under Texas law.

In response, the plaintiff filed a motion for additional time to conduct discovery prior to filing its response to the motion for summary judgment pursuant to Fed. R. Civ. Proc. 56(d) (DN 41).The plaintiff wishes to take depositions of the defendants and various customers. That motion has now been briefed and is before the Court for consideration.

Upon review of the pleadings, the Court is of the opinion that the enforceability of the aforementioned agreements under Texas law should be tested via the summary judgment motion prior to the taking of wide-ranging discovery proposed by the plaintiff.

Specifically, the aforementioned agreements appear to be stand-alone agreements, not a part of or ancillary to any other enforceable agreement or relationship, inasmuch as there is no dispute that the defendant's former employees were employed at the time the agreements were executed on an at-will basis. The Court is mindful that non-competition agreements which are naked restraints of trade cannot be enforced under Texas law. *Marsh USA Inc. v. Cook*, 354 S.W.3d 764, 775 (Tex. 2011).

Accordingly, the Court is inclined to deny the plaintiff's motion for additional time to conduct discovery, and instead order the plaintiff to respond to the summary judgment motion

within twenty-one (21) days of the date of entry of this Order, after which the movant may file its reply in accordance with the Local Rules of this Court.

The Court being sufficiently advised, **IT IS SO ORDERED**.

June 27, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

cc:   Counsel of Record

Case 3:10-cv-00509-CRS-JDM   Document 47   Filed 06/28/12   Page 2 of 2 PageID #: 362